# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hamze Sweid,<br><br>   Petitioner,<br><br>v.<br><br>John Cantu, et al.,<br><br>   Respondents. | No. CV-25-03590-PHX-SPL (CDB)<br><br>**ORDER** |

In light of Respondents' submission on Friday, December 5, 2025 (Doc. 14), it is hereby **ORDERED** that no later than **5:00 P.M. THURSDAY, DECEMBER 11, 2025**, the parties shall file a joint status report on whether Petitioner's removal to Lebanon has occurred, and what, if any, further action is necessary in this case.

Dated this 8th day of December, 2025.

Dominic W. Lanza
United States District Judge