# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Hamze Sweid,<br><br>　　　　Petitioner,<br><br>v.<br><br>John Cantu, et al.,<br><br>　　　　Respondents. | No. CV-25-03590-PHX-DWL (CDB)<br><br>**ORDER** |

Petitioner, through counsel, filed a habeas corpus petition under 28 U.S.C. § 2241 seeking release from immigration detention pursuant to *Zadvydas v. Davis*, 533 U.S. 678 (2001), and a motion for temporary restraining order requesting the same. (Docs. 1, 10.) However, counsel have now informed the Court that Petitioner is no longer in custody, having been removed to Lebanon on December 7, 2025. (Doc. 16.)

Accordingly,

**IT IS ORDERED** that:

1. The petition (Doc. 1) and the motion for temporary restraining order (Doc. 10) are **denied as moot**.

2. The Clerk shall enter judgment accordingly and terminate this action.

Dated this 10th day of December, 2025.

Dominic W. Lanza
United States District Judge